Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ACOSTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, doing business as LOWE'S OF LIVERMORE #1150; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO.: 3:18-CV-05059-JD<br><br>*Assigned To Honorable James Donato*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CAP PLAINTIFF'S DAMAGES AND RECOVERY AT $75,000 AND TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed:   June 28, 2018<br>Removed Date:    August 20, 2018<br>Trial Date:          None Set |

1   The Court, having considered the Joint Stipulation filed by Defendant Lowe's Home Centers,
2   LLC ("Defendant") and Plaintiff Alejandro Acosta ("Plaintiff"), and good cause appearing therefore,
3   **HEREBY ORDERS THAT:**
4   The Joint Stipulation is GRANTED in its entirety. Because the amount in controversy does
5   not exceed $75,000, this Court lacks subject matter jurisdiction. Thus, the case is remanded to the
6   Alameda County Superior Court of California.

8   **IT IS SO ORDERED.**

10  DATED: __October 10__, 2018



    Hon. J_____
    United States District Court Judge

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CAP PLAINTIFF'S DAMAGES AND RECOVERY
AT $75,000 AND TO REMAND ACTION TO STATE COURT